**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 163 EAL 2015
:
                        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
SHARIF BROWN, :
:
              Respondent :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.